IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>          Petitioner,<br><br>v.<br><br>WARDEN TICE, et al.,<br><br>          Respondents. | CIVIL ACTION<br>NO. 22-245 |

**ORDER**

**AND NOW**, this 10th day of January 2024, upon consideration of Petitioner Anthony Williams' pro se Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1), Magistrate Judge Richard A. Lloret's Report and Recommendation (Doc. No. 47) and Petitioner's Objections to the Report and Recommendation (Doc. No. 48), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation (Doc. No. 48) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 47) is **APPROVED AND ADOPTED**.

3. Petitioner's pro se Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. No. 1) is **DISMISSED** with prejudice. A certificate of appealability will not issue in this case because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

4. The Clerk of Court is directed to close the above-captioned case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
_____
JOEL H. SLOMSKY, J.